**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ,** § | | |
| **plaintiff** § | | |
| § | | |
| **V.** § | No. 1:05-CV-267 | |
| § | | |
| § | | |
| **$56,452 CURRENCY,** § | | |
| **defendant;** § | | |
| **RAFAEL ENRIQUE GONZALEZ,** § | | |
| **claimant** § | | |

**ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge for pretrial proceedings under Referral Order entered on August 22, 2005 (Docket No. 10). The court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence.

The magistrate judge recommended that the parties' joint motions, "Motion to Adopt Stipulation and Settlement Agreement" and "Motion for Entry of Consent Judgment," be granted.

The court has considered the magistrate judge's report and it is **ADOPTED**. It is further

**ORDERED** that the parties' joint motions (Docket Nos. 14 & 15) are **GRANTED.**

The consent judgment submitted by the parties will be entered separately.

SIGNED at Beaumont, Texas, this 25th day of October, 2005.

*Marcia A. Crone*
———————————————————
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE